Albert von den Driesch v. Frederick Britsch, Impleaded with G. A. Suter Company.— Motion denied, with ten dollars costs.

Frank J. Liston v. New York Transportation Company.— Motion granted.

Timcu Solobozan v. .New York Transportation Company.— Motion denied, with ten dollars costs.

John D. Wirt, as Administrator, v. Daniel G. Reid and Others.— Motion granted. Settle order on notice.

Morris Rosentraub v. Brooklyn, Queens County and Suburban Railroad Company. Motion denied, with ten dollars costs.

Max Kliger v. Samuel Rosenfeld and Others.— Motion granted. See memorandum per curiam. Settle order on notice.

Alexander Michaelson v. Isaac V. Brokaw and Others.— Motion granted upon payment of ten dollars costs.

James E. Graybill, as Substituted Trustee, etc., v. Henry B. Heylman, Individually and as Executor, etc., and Others.— Motion granted.

In the Matter of The Farmers Loan and Trust Company, as Executor, etc.— See memorandum per curiam.

In the Matter of the City of New York (In the Matter of West Two Hundred and Eleventh Street).— Motion granted, without costs. Order signed.

Henry von Bremen and Others v. Frank MacMonnine and Others.— Motion denied, with ten dollars costs. See memorandum per curiam.

William B. McNiece, Respondent, v. Press Publishing Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Galland-Cohn-Hall Company, Respondent, v. Seth M. Milliken and Others, Copartners under the Firm Name and Style of Deering, Milliken & Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Campbell Art Company, Respondent, v. Theodore H. Smith, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of .the State of New York, Respondent, v. Travers S. Browne, Appellant.— Judgment affirmed. No opinion.

Frederick W. Andersen, Respondent, v. Rachel S. Beston, Appellant.— Motion to dismiss appeal denied.

The City of New York, Respondent, v. James McAllister and Others, Individually and as Copartners in the Firm of McAllister Brothers, Appellants.— Judgment and order affirmed, with costs. No opinion.

Benjamin W. Foster, Respondent, v. Franklin S. Bailey, Appellant, Impleaded with George H. Foster and Edgar H. Foster, Respondents.— Judgment affirmed, with costs. No opinion.

The Keystone National Bank of Pittsburgh, Respondent, v. James N. Stout and William T. Hunter, Appellants.— Judgment affirmed, with costs. No opinion.

National Powder Company, Respondent, v. National Explosives Company, Appellant.— Judgment affirmed, with costs. No opinion.

Kathryn A. Fox, Respondent, v. Consolidated Rosendale Cement Company, Appellant.— Judgment affirmed, with costs. No opinion.

Francis J. Kennett, Appellant, v. George B. Hopkins and Harry L. Terry, Respondents.— Judgment affirmed, with costs. No opinion.